**Dewayne Antonio PARRIS, Petitioner–Appellant,**

v.

**Warden Eric WILSON, Warden, Respondent–Appellee.**

**No. 14–6141.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 30, 2014.

Decided: June 6, 2014.

Dewayne Antonio Parris, Appellant Pro Se.

Before KING, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewayne Antonio Parris, a federal prisoner, appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error because Parris is not entitled to relief under *Alleyne v. United States,* — U.S. ——, 133 S.Ct. 2151, 186 L.Ed.2d 314 (2013). Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*